1  Richard C. Gordon, Esq.
   Nevada Bar No. 9036
2  Christian Ogata, Esq.
   Nevada Bar No. 15612
3  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
4  Las Vegas, NV 89135
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: rgordon@swlaw.com
6         cogata@swlaw.com

7  *Attorneys for Defendants City of Henderson,
   Paul Beaton, Ian Massy, and James Dwyer*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALUBHAI PATEL, ARPIT PATEL, MAYURKUMAR PATEL, and OM HOTELS LLC<br><br>Plaintiffs<br><br>v.<br><br>CITY OF HENDERSON, PAUL BEATON, IAN MASSY, AND JAMES DWYER<br><br>Defendants | Case No. 2:24-cv-01772-BNW<br><br>**Defendants' Motion to Remove Attorneys from Electronic Service List** |

Snell & Wilmer L.L.P. requests that Patrick Kelly and Sarah Lazzaro be removed from the CM/ECF service list as they are no longer associated with this matter.

DATED: November 26, 2024.                    SNELL & WILMER L.L.P.


By: */s/ Christian P. Ogata*
    Richard C. Gordon (NV Bar No. 9036)
    Christian P. Ogata (NV Bar No. 15612)
    1700 S. Pavilion Center Drive, Suite 700
    Las Vegas, NV 89135
    Telephone: (702) 784-5200

*Attorneys for Defendants City of Henderson, Paul Beaton, Ian Massy, and James Dwyer*

- 1 -

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that Defendants' motion to remove attorneys from electronic service list is **GRANTED**.

**IT IS SO ORDERED.**

DATED: November 27, 2024

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing **DEFENDANTS' MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 26th day of November 2024.

    /s/ Tiy Lewis
An Employee of Snell & Wilmer L.L.P.