**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile: (213) 383-7368
E-Mail: maimons@aol.com
Attorney for Plaintiffs
BALUBHAI G. PATEL,
Individually and as Trustee
of the Balubhai G. Patel
Family Living Trust,
ARPIT PATEL, MAYURKUMAR
PATEL, OM HOTELS, LLC

NEIL J. BELLER, ESQ.
Nevada Bar No.: 002360
1333 N. Buffalo Drive, Ste. 210
Las Vegas, NV 89128
Phone: (702)- 368-7767
Fax: (702) 368-7720
nbeller@njbltd.com
*Attorney for Plaintiffs*

*LAW OFFICES*
**NEIL J. BELLER, LTD.**
A PROFESSIONAL CORPORATION
1333 N. BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128
702-368-7767

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALUBHAI G. PATEL, ARPIT PATEL, MAYURKUMAR PATEL, and OM HOTELS LLC<br><br>Plaintiffs,<br>v.<br>CITY OF HENDERSON, PAUL BEATON, IAN MASSY, AND JAMES DWYER,<br>Defendants. | Case No.: 2:24-cv-01772-BNW<br><br>**STIPULATION AND ORDER** |

Plaintiffs BALUBHAI G. PATEL, Individually and as Trustee of the Balubhai G. Patel Family Living Trust, ARPIT PATEL, MAYURKUMAR PATEL, OM HOTELS, LLC ("Plaintiffs" or as individually named "BP." "AP," "MP," "OMLLC") by and through their attorneys Frank A. Wiser, Esq.,and Neil J. Beller Esq., of the law firm of NEIL J.

BELLER, LTD., and Defendants CITY OF HENDERSON, PAUL BEATON, IAN MASSY, AND JAMES DWYER, by and through their attorneys, Richard C. Gordon, Esq and Christian Ogata, Esq of SNELL & WILMER, hereby Stipulate as follows:

### STIPLATION

The parties hereby stipulate that Plaintiffs have until April 16, 2025 to AMEND their Complaint.

The parties further stipulate that Defendants' have until one (1) month after the filing of the Amended Complaint to respond to the Amended Complaint.

DATED this 3rd day of April, 2025.　　　　　　DATED this 3rd day of April, 2025

**NEIL J. BELLER, LTD**　　　　　　　　　　　**SNELL & WILMER LLP**

By: *Neil Beller*　　　　　　　　　　　　　　　/s/ Christian Ogata

NEIL J. BELLER, ESQ.　　　　　　　　　　　CHRISTIAN OGATA, ESQ.
Nevada Bar No. 002360　　　　　　　　　　Nevada Bar No. 15612
1333 North Buffalo Drive, Suite 210　　　　1700 South Pavilion Center Drive,
Las Vegas, Nevada 89128　　　　　　　　　Suite 700
Email: nbeller@njbltd.com　　　　　　　　　Las Vegas, NV 89135
Attorney for Plaintffs　　　　　　　　　　　　Email: cogata@swlaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

DATED this 4th day of April, 2025

By: /s/ Frank A. Weiser

**FRANK A. WEISER**, State Bar No. 89780
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
E-Mail: maimons@aol.com
Attorney for Plaintiffs

*LAW OFFICES*
**NEIL J. BELLER, LTD.**
A PROFESSIONAL CORPORATION
1333 N. BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128
702-368-7767

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs have until April 16, 2025 to AMEND their Complaint.

**IT IS FURTHER ORDERED** that that Defendants' have until one (1) month after the filing of the Amended Complaint to respond to the Amended Complaint.

**IT IS FURTHER ORDERED** that the Stipulation at ECF No. 38 is DENIED as moot.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 7th day of April, 2025