Richard C. Gordon, Esq.
Nevada Bar No. 9036
Christian Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
       cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Paul Beaton, Ian Massy, James Dwyer, and Edward Dichter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Balubhai Patel, Arpit Patel, Mayurkumar Patel, and OM HOTELS LLC<br><br>Plaintiffs<br><br>v.<br><br>City of Henderson, Paul Beaton, Ian Massy, James Dwyer, and Edward Dichter<br><br>Defendants | Case No. 2:24-cv-01772-BNW<br><br>**Stipulation and Order to Extend Deadline to File Responsive Pleading**<br><br>**FIRST REQUEST** |

Plaintiffs Balubhai Patel, Arpit Patel, Mayurkumar Patel, OM HOTELS LLC, and Defendants stipulate to extend Defendants' deadline to respond to Plaintiffs' first amended complaint by one week to May 21, 2025:

1. On April 7, 2025, this Court granted the parties' stipulation to permit Plaintiffs to file an amended complaint and setting Defendants' deadline to respond to the amended complaint on May 14, 2025.

2. The parties now stipulate and agree to extend Defendants' deadline to respond to the amended complaint by one week.

3. The request is made in good faith and not for the purpose of delay.

4873-6613-3237

1  The parties thus respectfully request that this Court extend the deadline for Defendants to
2  file their response to Plaintiffs' amended complaint to May 21, 2025.

| NEIL J. BELLER, LTD | SNELL & WILMER L.L.P. |
|---|---|
| By: *Neil J. Beller* <br> NEIL J. BELLER, ESQ. <br> Nevada Bar No. 002360 <br> 1333 North Buffalo Drive, Suite 210 <br> Las Vegas, Nevada 89128 <br> Email: nbeller@njbltd.com | By: *Christian Ogata*_____ <br> Richard C. Gordon (NV Bar No. 9036) <br> Christian P. Ogata (NV Bar No. 15612) <br> 1700 S. Pavilion Center Drive, Suite 700 <br> Las Vegas, NV 89135 <br> Telephone: (702) 784-5200 <br><br> *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Defendants shall have until May 21, 2025, to file their response to Plaintiffs' amended complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 16, 2025