**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile: (213) 383-7368
E-Mail: maimons@aol.com
Attorney for Plaintiffs
BALUBHAI G. PATEL,
Individually and as Trustee
of the Balubhai G. Patel
Family Living Trust,
ARPIT PATEL, MAYURKUMAR
PATEL, OM HOTELS, LLC

NEIL J. BELLER, ESQ.
Nevada Bar No.: 002360
1333 N. Buffalo Drive, Ste. 210
Las Vegas, NV 89128
Phone: (702)- 368-7767
Fax: (702) 368-7720
nbeller@njbltd.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BALUBHAI G. PATEL, ARPIT PATEL, MAYURKUMAR PATEL, and OM HOTELS LLC<br><br>    Plaintiffs,<br>  v.<br>CITY OF HENDERSON, PAUL BEATON, IAN MASSY, AND JAMES DWYER,<br>    Defendants. | Case No.: 2:24-cv-01772-BNW<br><br>**STIPULATION AND ORDER REGARDING MOTION TO DISMISS AND REPLY** |

Plaintiffs BALUBHAI G. PATEL, Individually and as Trustee of the Balubhai G. Patel Family Living Trust, ARPIT PATEL, MAYURKUMAR PATEL, OM HOTELS, LLC ("Plaintiffs" or as individually named "BP." "AP," "MP," "OMLLC") by and through their attorneys Frank A. Wiser, Esq.,and Neil J. Beller Esq., of the law firm of NEIL J.

1 BELLER, LTD., and Defendants CITY OF HENDERSON, PAUL BEATON, IAN
2 MASSY, AND JAMES DWYER, by and through their attorneys, Richard C. Gordon, Esq
3 and Christian Ogata, Esq of SNELL & WILMER, hereby Stipulate as follows:

### STIPLATION

The parties hereby stipulate that Plaintiffs have until June 18, 2025 to RESPOND to Defendants Motion to Dismiss.

The parties further stipulate that Defendants have until July 2, 2025 to REPLY to Plaintiffs' Response.

DATED this 29th day of May, 2025.                     DATED this 29th day of May, 2025

**NEIL J. BELLER, LTD**                               **SNELL & WILMER LLP**

By: *Neil J. Beller*                                  */s/ Christian Ogata*
NEIL J. BELLER, ESQ.                                  CHRISTIAN OGATA, ESQ.
Nevada Bar No. 002360                                 Nevada Bar No. 15612
1333 North Buffalo Drive, Suite 210                   1700 South Pavilion Center Drive,
Las Vegas, Nevada 89128                               Suite 700
Email: nbeller@njbltd.com                             Las Vegas, NV 89135
Attorney for Plaintffs                                Email: cogata@swlaw.com
                                                      Attorney for Defendants

DATED this 29th day of May, 2025

By: */s/ Frank A. Weiser*
**FRANK A. WEISER**, State Bar No. 89780
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
E-Mail: maimons@aol.com
Attorney for Plaintiffs

*LAW OFFICES*
**NEIL J. BELLER, LTD.**
A PROFESSIONAL CORPORATION
1333 N. BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128
702-368-7767

**ORDER**

**IT IS HEREBY ORDERED** Plaintiffs have until June 18, 2025 to RESPOND to Defendants Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendants have until July 2, 2025 to REPLY to Plaintiffs' Response.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2025

_____
UNITED STATES MAGISTRATE JUDGE