Richard C. Gordon, Esq.
Nevada Bar No. 9036
Christian Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Paul Beaton, Ian Massy, James Dwyer, and Edward Dichter*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Balubhai Patel, Arpit Patel, Mayurkumar Patel, and OM HOTELS LLC<br><br>Plaintiffs<br><br>v.<br><br>City of Henderson, Paul Beaton, Ian Massy, James Dwyer, and Edward Dichter<br><br>Defendants | Case No. 2:24-cv-01772-BNW<br><br>**Stipulation and Order to Extend Deadline to File Reply**<br><br>**SECOND REQUEST** |

Plaintiffs Balubhai Patel, Arpit Patel, Mayurkumar Patel, OM HOTELS LLC, and Defendants stipulate to extend Defendants' deadline to file their reply in support of their motion to dismiss by one week:

1. On May 21, 2025, Defendants moved to dismiss Plaintiffs' first amended complaint.

2. On June 2, 2025, this Court granted the parties' stipulation to extend Plaintiffs' deadline to respond to the motion to June 18, 2025, and setting Defendants' reply deadline to July 2, 2025.

3. Given the complexity of the issues and upcoming holiday, Defendants require additional time to finalize their reply in support of their motion.

- 1 -

4918-8807-9698

4. The parties now stipulate and agree to extend Defendants' deadline to respond to the amended complaint by one week.

5. The request is made in good faith and not for the purpose of delay.

The parties thus respectfully request that this Court extend the deadline for Defendants to file their reply in support of their motion to dismiss to July 9, 2025.

| NEIL J. BELLER, LTD | SNELL & WILMER L.L.P. |
|---|---|
| By: _/s/ Neil Beller_____<br>Neil J. Beller, Esq.<br>Nevada Bar No. 002360<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br>Email: nbeller@njbltd.com<br><br>Frank A. Weiser, Esq.<br>3460 Wilshire Blvd., Suite 1212<br>Los Angeles, California 90010<br>Email: maimons@aol.com<br><br>*Attorney for Plaintiffs* | By: _/s/ Christian Ogata_____<br>Richard C. Gordon (NV Bar No. 9036)<br>Christian P. Ogata (NV Bar No. 15612)<br>1700 S. Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135<br>Email: rgordon@swlaw.com<br>          cogata@swlaw.com<br><br>*Attorneys for Defendants* |

### **ORDER**

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Defendants shall have until July 9, 2025, to file their reply in support of their motion to dismiss.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2025

- 2 -